LOUIS SINGER et al., Appellants, *v.* MOUNT CARMEL CEMETERY ASSOCIATION, Respondent.

*Cemeteries — action may not be maintained at law to recover amount unpaid on land purchase certificates issued by cemetery association.*

*Singer* v. *Mount Carmel Cemetery Assn.*, 217 App. Div. 780, affirmed.
(Submitted January 11, 1927; decided February 23, 1927.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 25, 1926, which affirmed an order of Special Term denying a motion by plaintiff for judgment on the pleadings. The action was at law to recover the amount unpaid on land purchase certificates issued by defendant and maturing on the first Monday in June, 1925. The defense was *ultra vires.*

The following question was certified:

"Are the plaintiffs entitled to judgment in their favor upon the pleadings? "

*Percival E. Jackson* for appellants.

*Clinton T. Roe* for respondent.

*Per Curiam.* The orders of the Appellate Division and Special Term should be affirmed, with costs. Question certified answered in the negative. (See *Sullivan, etc., v. Mt. Carmel Cemetery Association,* decided herewith.)

CARDOZO, Ch. J., POUND, CRANE, ANDREWS and LEHMAN, JJ., concur; KELLOGG, J., absent.

Ordered accordingly.